UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

AMERICAN OUTFITTER, LLC, ET AL          CIVIL ACTION NO. 25-cv-383

VERSUS                                  JUDGE VAN HOOK

HAYDEL'S GAME CALLS, INC                MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before the court is Plaintiff's Motion to Compel (Doc. 38).  Only two issues remain before the court: (1) whether Haydel's must produce any agreements it has with distributors who do not sell on Amazon and (2) whether Haydel's must produce the minimum advertised price ("MAP") agreement that Haydel's entered into with a third-party seller who buys directly from Haydel's and then sells on Amazon.

Haydel's argue that this litigation involves only Amazon complaints, so agreements with distributors who purchase directly from Haydel's and do not sell on Amazon are irrelevant.  Haydel's also raises confidentiality concerns.

Haydel's counterclaim involves allegations of trademark infringement and unfair competition.  The court finds that whether, and to what extent, third parties use the Haydel's mark anywhere in the marketplace (not just through Amazon) is highly relevant to those claims.  As the Fifth Circuit has stated, a trademark owner's failure to exercise appropriate control and supervision over its licensees may result in abandonment of the trademark protection for the licensed mark.  Exxon Corp. v. Oxxford Clothes, 109 F.3d 1070 (5th Cir.

1997).  This is true for the MAP agreement as well.  Plaintiff is entitled to know whether Haydel's retained any sort of quality control or supervision with respect to its mark.

Accordingly, Plaintiff's Motion to Compel (Doc. 38) is granted as to the two remaining issues.  Unless the parties agree otherwise, Haydel's is directed to supplement its discovery—pursuant to the court's existing protective order—no later than June 5, 2026.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 19th day of May, 2026.

Mark L. Hornsby
U.S. Magistrate Judge